FILED

06/04/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0137

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0137

STATE OF MONTANA,

>Plaintiff and Appellee,

v.

DAVID WARREN LAMBERT,

>Defendant and Appellant

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until July 10, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 4 2024